# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>Michael David Cotter, Jr.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) Case No. 3:20-MJ-1041 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 6, 2020__ in the county of __Knox__ in the __Eastern__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code §§ 751(a) & 4082 | Escape from Institution, Facilty, and Custody in which Confined by Direction of the Attorney General Due to Conviction of an Offense |

This criminal complaint is based on these facts:

See attached Affidavit of Deputy United States Marshal Gregory Owen Dahl.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Gregory Owen Dahl, Deputy United States Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __03/12/2020__

_____
*Judge's signature*

City and state: __Knoxville, Tennessee__

Debra C. Poplin, United States Magistrate Judge
*Printed name and title*

CASE NUMBER 3:20-MJ-1041

## AFFIDAVIT

I, Greg Dahl, being duly sworn, state the following to be true to the best of my knowledge, information and belief:

1. I am currently employed as a Deputy United States Marshal in the Eastern District of Tennessee. As a Deputy United States Marshal, I am responsible for, among other things, the apprehension of federal fugitives.

2. On the 27th of March, 2019, Michael David Cotter, Jr., was found guilty of a violation of his federal probation and was sentenced to 12 months of imprisonment and 1 year of supervised release. On the 6th of February, 2020, the United States Bureau of Prisons transferred the defendant to the Midway Rehabilitation Center (Midway) located at 1515 East Magnolia Avenue, Knoxville, Tennessee, for the completion of his court-ordered sentence of confinement. On the 6th of March, 2020, the Affiant learned that Michael David Cotter, Jr., had escaped from Midway on the 6th of March, 2020, at approximately 11:30. On the 6th of March, 2020, the Bureau of Prisons issued a Notice of Escaped Federal Prisoner due to his escape from the Midway Rehabilitation Center.

3. Based on the foregoing, I respectfully submit that probable cause exists to believe that, on or about the 6th of March, 2020, Michael David Cotter, Jr., committed a violation of

18 U.S.C. §§ 751(a) and 4082, Escape from Custody. Accordingly, I respectfully request that this Court issue a warrant for the arrest of Michael David Cotter, Jr.

Gregory Owen Dahl
Deputy United States Marshal
United States Marshals Service
Knoxville, Tennessee

Subscribed and sworn to before me
this 12th day of March, 2020.

Debra C. Poplin
United States Magistrate Judge
Eastern District of Tennessee